# Court of Appeals
# of the State of Georgia

ATLANTA,  January 21, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1135. LATORRIA JONES v. OAKLEY TOWNSHIP HOMEOWNERS ASSOCIATION, INC.

Oakley Township Homeowners Association filed a complaint for damages against Latorria Jones. The trial court granted summary judgment to the Association and awarded it a total of $6,118.24 in damages, interest, court costs, and attorney fees. Jones filed this direct appeal, but we lack jurisdiction.

Appeals in actions for damages in which the judgment is $10,000 or less must be initiated by filing an application for discretionary review. OCGA § 5-6-35(a)(6), (b); *Pathfinder Payment Solutions v. Global Payments Direct*, 344 Ga. App. 490, 490–91 (810 SE2d 653) (2018). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021). Jones's failure to file an application for discretionary review deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/21/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*